**Order entered May 13, 2021**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00304-CR

**DESMOND ARMOND JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00479-W**

### ORDER

Before the Court are the State's May 7, 2021 motion to exceed the brief length and motion for an extension of time to file its brief. We **GRANT** the motions and **ORDER** the State's brief, received along with the motions, filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE